1  ERIC D. HOUSER (SBN 130079)
2  LUKASZ I. WOZNIAK (SBN 246329)
   HOUSER & ALLISON
3  A Professional Corporation
4  9970 Research Drive
   Irvine, California  92618
5  Phone: (949) 679-1111
6  Fax: (949) 679-1112
   Email: lwozniak@houser-law.com
7
8  Attorneys for Defendants,
   HSBC Bank USA, N.A., as Trustee on behalf of ACE Securities Corp. Home
9  Equity Loan Trust and for the registered holders of ACE Securities Corp. Home
10 Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through Certificates,
   erroneously sued herein as HSBC Bank USA, N.A., as Trustee on behalf of ACE
11 Securities Corp. Home Equity Loan Trust, Registered Holders of ACE Securities
   Corp. Home Equity Loan Trust, Series 2005-HE6, Asset Backed Pass-Through
12 Certificates and Ocwen Loan Servicing, LLC
13

14            **UNITED STATES DISTRICT COURT FOR THE**
15
    **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**
16

17 Sue E. Emmel-Michaelsen,            )  CASE NO.: 3:10-cv-04537-JL
                                       )
18            Plaintiff,               )  HON. James Larson
                                       )
19 vs.                                 )
                                       )  **PLAINTIFF'S NOTICE OF**
20                                     )  **VOLUNTARY DISMISSAL**
                                       )  **PURSUANT TO FEDERAL**
21 HSBC Bank USA, N.A., as Trustee on  )  **RULE OF CIVIL PROCEDURE**
   behalf of ACE Securities Corp. Home )  **41(a)(1)**
22 Equity Loan Trust, Registered Holders)
   of ACE Securities Corp. Home Equity )
23 Loan Trust, Series 2005-HE6, Asset  )
24 Backed Pass-Through Certificates;   )
   Western Progressive, LLC; Ocwen     )
25 Loan Servicing, LLC; and Does 1-100 )
                                       )
26                                     )
                                       )
27            Defendants               )
                                       )
28 _____)

NOTICE OF DISMISSAL
1

1      **PLEASE TAKE NOTICE THAT** plaintiff Sue E. Emmel-Michaelsen

2  hereby voluntary dismisses this action in its entirety pursuant to <u>Federal Rules of</u>

3  <u>Civil Procedure</u>, Rule 41(a). This dismissal is executed with prejudice.

4

5  DATED: December 21, 2010

6

7

                                    Sue E. Emmel-Michaelsen

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

STATE OF CALIFORNIA     )
                                ) SS
COUNTY OF ORANGE       )

       I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is 9970 Research Drive, Irvine, CA 92618.

       On January 13, 2011, I served the following document(s) described as follows:

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

       On the following interested parties in this action:

Sue E. Emmel-Michaelsen
P.O. Box 9127
Santa Rosa, CA 95405
*Plaintiff in pro per*

[X]    <u>VIA FIRST CLASS MAIL</u>—CCP §§ 1013(a); 2015.5 and/or FRCP 5: By placing a true copy thereof enclosed in a sealed envelope(s) addressed as above, and placing each for collection and mailing on the date following ordinary business practices. I am readily familiar with my firm's business practice and collection and processing of mail with the United States Postal Service and correspondence placed for collection and mailing would be deposited with the United States Postal Service at Irvine, California, with postage thereon fully prepaid that same day in the ordinary course of business.

       I declare under penalty of perjury, under the laws of the United States that the foregoing is true and correct.

       Executed on January 13, 2011 at Irvine, California.

                                       Kokie Nguyen